UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINIDAD MORENO SAVALA, *et al.*,<br>Plaintiffs,<br>v.<br>INTEGON NATIONAL INSURANCE COMPANY,<br>Defendant. | Case No. 1:25-cv-01383-JLT-EPG<br><br>ORDER GRANTING STIPULATION TO CONTINUE PRETRIAL DEADLINES<br><br>(ECF No. 20) |

On October 27, 2026, the parties filed a stipulation to continue the pretrial deadlines in this matter. (ECF No. 20).

Upon consideration, the Court shall GRANT the stipulation and orders that the pretrial deadlines are continued as follows:

1. The November 6, 2026, non-expert discovery deadline is continued to March 5, 2027;
2. The December 7, 2026, expert disclosure deadline is continued to April 7, 2027;
3. The January 7, 2027, rebuttal expert disclosure deadline is continued to May 7, 2027;
4. The February 8, 2027, expert discovery cutoff is continued to June 8, 2027;
5. The March 25, 2027, dispositive motion filing deadline is continued to July 26, 2027;
6. The December 15, 2026, mandatory settlement conference is vacated, and the parties are directed to contact Judge Singer's chambers to secure a new settlement conference date;

\\\

\\\

7. All other dates in the case shall remain unchanged.

IT IS SO ORDERED.

Dated: **October 30, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE